IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

BETTY MARSHALL                                                                                          PLAINTIFF

            v.            Civil No. 3:12-cv-03065-JRM

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                        DEFENDANT

## J U D G M E N T

For reasons stated in the memorandum opinion of this date, the undersigned hereby affirms the decision of the Commissioner and dismisses Plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 18th day of September 2013.

                                                      /s/ *J. Marschewski*
                                               HONORABLE JAMES R. MARSCHEWSKI
                                               CHIEF UNITED STATES MAGISTRATE JUDGE